# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

JOSE VICENTE RUBIO MARTINEZ,

Petitioner,

v.

FACILITY ADMINISTRATOR, DESERT VIEW ANNEX, et al,

Respondents.

No. 5:26-cv-03268-SB-BFM

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, the Magistrate Judge's Report and Recommendation, and the objections to the Report and Recommendation. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1.    The Report and Recommendation is accepted;

2.    The Petition is granted as to Claim One;

3.    Respondents shall provide Petitioner with an individualized bond hearing before an immigration judge within seven days of this Order;

4.    Claim Two in the Petition is dismissed as moot in light of the relief granted on Claim One;

5.    Plaintiff's Application for TRO (ECF 2) is denied as moot;

6.    Judgment shall be entered consistent with this Order; and

7.    The Court Clerk shall serve this Order and the Judgment on all counsel or parties of record.

DATED: ___June 24, 2026_____

_____

HON. STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE

2