JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

JOSE VICENTE RUBIO MARTINEZ,

      Petitioner,

      v.

FACILITY ADMINISTRATOR, DESERT VIEW ANNEX, et al,

      Respondents.

No. 5:26-cv-03268-SB-BFM

**JUDGMENT**

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition (ECF 1) is granted as to Claim One.  Claim Two is dismissed as moot.

DATED: June 24, 2026

HON. STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE